UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

International IP Holdings, LLC,

                Plaintiff(s),

v.                                      Case No. 4:13–cv–11188–TGB–MJH
                                      Hon. Terrence G. Berg

Conopco, Incorporated,

                Defendant(s),

## NOTICE OF REASSIGNMENT

    Pursuant to Administrative Order 13–AO–014, counsel and any unrepresented parties are hereby notified that the above–captioned case has been reassigned from District Judge John Corbett OMeara to District Judge Terrence G. Berg.

    All previously scheduled dates remain in effect, except all previously scheduled dates for trial, conferences or motion hearings before the District Judge are suspended. All deadlines and any dates scheduled before a Magistrate Judge remain in effect. A new scheduling order relative to suspended dates will be issued. Questions should be directed to Amanda Chubb, case manager to District Judge Terrence G. Berg at (810) 341–9760.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/S. Schoenherr
                                                             Case Manager

Dated: April 1, 2013