UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INTERNATIONAL IP HOLDINGS, LLC,

    Plaintiff,

vs.

CONOPCO, INC. d/b/a SLIM-FAST
FOODS COMPANY,

    Defendant.

Case No. 13-cv-11180
HON. TERRENCE G. BERG

_____/

| BROOKS KUSHMAN P.C. | SCHIFF HARDIN LLP |
|---|---|
| Mark A. Cantor (P32661) | Gregory L. Curtner (P12414) |
| Thomas W. Cunningham (P57899) | Frederick R. Juckniess (P64032) |
| Marc Lorelli (P63156) | Kimberly K. Kefalas (P64909) |
| 1000 Town Center Twenty-Second Floor | Suzanne L. Wahl (P71364) |
| Southfield, MI  48075 | 350 S. Main Street |
| 248-358-4400 (Telephone) | Suite 210 |
| 248-358-3351 (Facsimile) | Ann Arbor, MI 48104 |
| mcantor@brookskushman.com (email) | 734-222-1518 (Phone) |
| tcunningham@brookskushman.com (email) | 734-222-1501 (Fax) |
| mlorelli@brookskushman.com (email) | gcurtner@schiffhardin.com (E-mail) |
| | rjuckniess@schiffhardin.com (E-mail) |
| | kkefalas@schiffhardin.com (E-mail) |
| | swahl@schiffhardin.com (E-mail) |

_____/

## APPEARANCE OF SUZANNE L. WAHL

    PLEASE TAKE NOTICE that Suzanne L. Wahl, of the firm Schiff Hardin LLP has this day entered an appearance as counsel of record for Defendant, Conopco, Inc. d/b/a Slim-Fast

Foods Company, in the above-captioned matter.

>Respectfully submitted,
>
>SCHIFF HARDIN LLP
>
>s/ Suzanne L. Wahl
>Suzanne L. Wahl (P71364)
>350 S. Main Street, Ste. 210
>Ann Arbor, MI  48104
>734-222-1517 (Phone)
>734-222-1501 (Fax)
>swahl@schiffhardin.com (Email)

Dated:  April 18, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2013 a copy of the foregoing was filed with the Court using the ECF system which will send notification of such filing to all attorneys of record.

>s/ Suzanne L. Wahl
>Suzanne L. Wahl (P71364)
>350 S. Main Street, Ste. 210
>Ann Arbor, MI  48104
>734-222-1517 (Phone)
>734-222-1501 (Fax)
>jsprovtsoff@schiffhardin.com (Email)

40996-0009
AA\200061006.1