UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INTERNATIONAL IP HOLDINGS, LLC,

    Plaintiff,

vs.                                    Case No. 13-cv-11188
                                      HON. TERRENCE G. BERG

CONOPCO, INC. d/b/a SLIM-FAST
FOODS COMPANY,

    Defendant.
_____/

| BROOKS KUSHMAN P.C. | SCHIFF HARDIN LLP |
|---|---|
| Mark A. Cantor (P32661) | Gregory L. Curtner (P12414) |
| Thomas W. Cunningham (P57899) | Frederick R. Juckniess (P64032) |
| Marc Lorelli (P63156) | Kimberly K. Kefalas (P64909) |
| 1000 Town Center Twenty-Second Floor | Suzanne L. Wahl (P71364) |
| Southfield, MI 48075 | 350 S. Main Street; Suite 210 |
| 248-358-4400 (Telephone) | Ann Arbor, MI 48104 |
| 248-358-3351 (Facsimile) | 734-222-1518 (Phone) |
| mcantor@brookskushman.com (email) | 734-222-1501 (Fax) |
| tcunningham@brookskushman.com (email) | gcurtner@schiffhardin.com (E-mail) |
| mlorelli@brookskushman.com (email) | rjuckniess@schiffhardin.com (E-mail) |
| | kkefalas@schiffhardin.com (E-mail) |
| | swahl@schiffhardin.com (E-mail) |

## STIPULATED ORDER EXTENDING THE TIME PERIOD FOR DEFENDANT TO RESPOND TO COMPLAINT

      The parties hereby stipulate and agree that Defendant Conopco, Inc. shall have until April 22, 2013 to respond or move in response to the Complaint. During this period, the parties have agreed that neither party will file any motions or responses to any motions in this action.

Respectfully Submitted

| | |
|---|---|
| s/Mark A. Cantor | s/ Gregory L. Curtner |
| Mark A. Cantor (P32661) | Gregory L. Curtner (P12414) |
| BROOKS KUSHMAN P.C. | SCHIFF HARDIN LLP |
| 1000 Town Center Twenty-Second Floor | 350 S. Main Street, Ste. 210 |
| Southfield, MI 48075 | Ann Arbor, MI 48104 |
| 248-358-4400 (Telephone) | 734-222-1518 (Phone) |
| 248-358-3351 (Facsimile) | 734-222-1501 (Fax) |
| mcantor@brookskushman.com (email) | gcurtner@schiffhardin.com (E-mail) |

SO ORDERED.

s/Terrence G. Berg
Hon. Terrence G. Berg
UNITED STATES DISTRICT COURT JUDGE

Dated: April 8, 2013