## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

INTERNATIONAL IP HOLDINGS, LLC

          Plaintiff(s),                  Case No. 13-11188

v.                                        Judge  Terrence G. Berg

CONOPCO, INC                        Magistrate Judge  Michael Hluchaniuk

          Defendant(s).

_____/

## NOTICE OF CORRECTION

Docket entry number __11__, filed _____4/22/2013_____, has been modified.  The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact _____Amanda Chubb_____ at __(810) 341-9764__.

DAVID J. WEAVER, CLERK OF COURT

Dated: _April 23, 2013_____        Amanda Chubb_____
                                                Deputy Clerk