UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INTERNATIONAL IP HOLDINGS, LLC,

    Plaintiff,

vs.                                         Case No. 13-cv-11188
                                         HON. TERRENCE G. BERG

CONOPCO, INC. d/b/a SLIM-FAST
FOODS COMPANY,

    Defendant.
_____/

| BROOKS KUSHMAN P.C. | SCHIFF HARDIN LLP |
|---|---|
| Mark A. Cantor (P32661) | Gregory L. Curtner (P12414) |
| Thomas W. Cunningham (P57899) | Frederick R. Juckniess (P64032) |
| Marc Lorelli (P63156) | Kimberly K. Kefalas (P64909) |
| 1000 Town Center Twenty-Second Floor | Suzanne L. Wahl (P71364) |
| Southfield, MI 48075 | 350 S. Main Street; Suite 210 |
| 248-358-4400 (Telephone) | Ann Arbor, MI 48104 |
| 248-358-3351 (Facsimile) | 734-222-1518 (Phone) |
| mcantor@brookskushman.com (email) | 734-222-1501 (Fax) |
| tcunningham@brookskushman.com (email) | gcurtner@schiffhardin.com (E-mail) |
| mlorelli@brookskushman.com (email) | rjuckniess@schiffhardin.com (E-mail) |
| | kkefalas@schiffhardin.com (E-mail) |
| | swahl@schiffhardin.com (E-mail) |

## STIPULATED ORDER EXTENDING THE TIME PERIOD FOR DEFENDANT TO RESPOND TO COMPLAINT

      The parties hereby stipulate and agree that Defendant Conopco, Inc. shall have until May 22, 2013 to respond or move in response to the Complaint. During this period, the parties have agreed that neither party will file any motions or responses to any motions in this action.

Respectfully Submitted

s/Mark A. Cantor
Mark A. Cantor (P32661)
BROOKS KUSHMAN P.C.
1000 Town Center Twenty-Second Floor
Southfield, MI 48075
248-358-4400 (Telephone)
248-358-3351 (Facsimile)
mcantor@brookskushman.com (email)

s/ Gregory L. Curtner
Gregory L. Curtner (P12414)
SCHIFF HARDIN LLP
350 S. Main Street, Ste. 210
Ann Arbor, MI 48104
734-222-1518 (Phone)
734-222-1501 (Fax)
gcurtner@schiffhardin.com (E-mail)

Dated: April 18, 2013

SO ORDERED.

s/Terrence G. Berg
Hon. Terrence G. Berg
UNITED STATES DISTRICT COURT JUDGE

Dated: April 23, 2013

40996-0009
AA\200061004.1