UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INTERNATIONAL IP HOLDINGS, LLC,

    Plaintiff,

vs.    Case No. 13-cv-11188
    HON. TERRENCE G. BERG

CONOPCO, INC. d/b/a SLIM-FAST
FOODS COMPANY,

    Defendant.

_____/

| BROOKS KUSHMAN P.C. | SCHIFF HARDIN LLP |
|---|---|
| Mark A. Cantor (P32661) | Gregory L. Curtner (P12414) |
| Thomas W. Cunningham (P57899) | Frederick R. Juckniess (P64032) |
| Marc Lorelli (P63156) | Kimberly K. Kefalas (P64909) |
| 1000 Town Center Twenty-Second Floor | Suzanne L. Wahl (P71364) |
| Southfield, MI  48075 | 350 S. Main Street |
| 248-358-4400 (Telephone) | Suite 210 |
| 248-358-3351 (Facsimile) | Ann Arbor, MI 48104 |
| mcantor@brookskushman.com (email) | 734-222-1518 (Phone) |
| tcunningham@brookskushman.com (email) | 734-222-1501 (Fax) |
| mlorelli@brookskushman.com (email) | gcurtner@schiffhardin.com (E-mail) |
| | rjuckniess@schiffhardin.com (E-mail) |
| | kkefalas@schiffhardin.com (E-mail) |
| | swahl@schiffhardin.com (E-mail) |

_____/

**APPEARANCE OF FREDERICK R. JUCKNIESS**

    PLEASE TAKE NOTICE that Frederick R. Juckniess, of the firm Schiff Hardin LLP has this day entered an appearance as counsel of record for Defendant, Conopco, Inc. d/b/a Slim-Fast

Foods Company in the above-captioned matter.

>Respectfully submitted,
>
>SCHIFF HARDIN LLP
>
>s/ Frederick R. Juckniess
>Frederick R. Juckniess (P64032)
>350 S. Main Street, Ste. 210
>Ann Arbor, MI  48104
>734-222-1504 (Phone)
>734-222-1501 (Fax)
>rjuckniess@schiffhardin.com (E-mail)

Dated:  April 24, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2013 a copy of the foregoing was filed with the Court using the ECF system which will send notification of such filing to all attorneys of record.

>s/ Frederick R. Juckniess
>Frederick R. Juckniess (P64032)
>350 S. Main Street, Ste. 210
>Ann Arbor, MI  48104
>734-222-1504 (Phone)
>734-222-1501 (Fax)
>rjuckniess@schiffhardin.com (E-mail)

40996-0009
AA\200061005.1