UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INTERNATIONAL IP HOLDINGS, LLC,

    Plaintiff,

vs.                                              Case No. 13-cv-11188
                                              HON. TERRENCE BERG

CONOPCO, INC. d/b/a SLIM-FAST
FOODS COMPANY,

    Defendant.
_____/

| BROOKS KUSHMAN P.C. | SCHIFF HARDIN LLP |
|---|---|
| Mark A. Cantor (P32661) | Gregory L. Curtner (P12414) |
| Thomas W. Cunningham (P57899) | Frederick R. Juckniess (P64032) |
| Marc Lorelli (P63156) | Kimberly K. Kefalas (P64909) |
| 1000 Town Center Twenty-Second Floor | Suzanne L. Wahl (P71364) |
| Southfield, MI 48075 | 350 S. Main Street; Suite 210 |
| 248-358-4400 (Telephone) | Ann Arbor, MI 48104 |
| 248-358-3351 (Facsimile) | 734-222-1518 (Phone) |
| mcantor@brookskushman.com (email) | 734-222-1501 (Fax) |
| tcunningham@brookskushman.com (email) | gcurtner@schiffhardin.com (E-mail) |
| mlorelli@brookskushman.com (email) | rjuckniess@schiffhardin.com (E-mail) |
| | kkefalas@schiffhardin.com (E-mail) |
| | swahl@schiffhardin.com (E-mail) |

## FOURTH STIPULATED ORDER EXTENDING THE TIME PERIOD FOR DEFENDANT TO RESPOND TO COMPLAINT

      The parties submit this proposed Fourth Stipulated Order to Extend the Time Period for Defendant to Respond to the Complaint and in support of its entry, state as follows:

      1.    Counsel for Conopco, Inc. d/b/a/ Slim-Fast Foods Company ("Conopco") and counsel for International IP Holdings LLC ("IIPH") have been engaged in ongoing and constructive settlement negotiations intended to resolve the claims asserted in the above-captioned matter as well as litigation pending in the United States District Court for the Southern

District of New York where Conopco has sued IIPH for trademark and trade dress infringement among other claims.

2.	The parties have simultaneously submitted a stipulation to extend the time period for responses in Conopco's action against IIPH pending in the United States District Court for the Southern District of New York.

3.	The settlement negotiations between the parties have included the exchange of multiple proposals, and have resulted in detailed product redesigns and have required artist and graphic renderings of the new design of the accused product.

4.	The parties are confident that if they are allowed to complete negotiations without engaging in the expense of litigation, the redesign will resolve the claims that the SLIMFUL product marketed by IIPH will no longer potentially infringe the SLIM-FAST trademark and trade dress owned by Conopco.

5.	The negotiations have taken longer than expected including because the detailed nature of the product redesign, the number of negotiation points, obtaining product renderings and graphics and the ongoing but constructive back-and-forth has been time consuming.  As a result, although the parties expected to be complete with negotiations prior to the June 24th date set by the prior stipulation, the negotiations are not yet complete.  While the settlement negotiations have been productive, the parties require additional time to conduct their settlement negotiations regarding the product redesign and agreement terms.

6.	Accordingly, the parties both urge the Court to grant this fourth extension of the dates.

IT IS HEREBY ORDERED, that based on the submission and statements of the parties as detailed above, Defendant Conopco, Inc. shall have until July 23, 2013 to respond or move in response to the Complaint. During this period, the parties have agreed that neither party will file any motions or responses to any motions in this action.

Stipulated and agreed:

| | |
|---|---|
| s/ Mark A. Cantor | s/ Gregory L. Curtner |
| Mark A. Cantor (P32661) | Gregory L. Curtner (P12414) |
| BROOKS KUSHMAN P.C. | SCHIFF HARDIN LLP |
| 1000 Town Center Twenty-Second Floor | 350 S. Main Street, Ste. 210 |
| Southfield, MI 48075 | Ann Arbor, MI 48104 |
| 248-358-4400 (Telephone) | 734-222-1518 (Phone) |
| 248-358-3351 (Facsimile) | 734-222-1501 (Fax) |
| mcantor@brookskushman.com (email) | gcurtner@schiffhardin.com (E-mail) |

SO ORDERED.

s/Terrence G. Berg
Hon. Terrence Berg
UNITED STATES DISTRICT COURT JUDGE

Dated: June 21, 2013