UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INTERNATIONAL IP HOLDINGS, LLC,

    Plaintiff,

vs.                                    Case No. 13-cv-11188
                                      HON. TERRENCE BERG

CONOPCO, INC. d/b/a SLIM-FAST
FOODS COMPANY,

    Defendant.
_____/

| BROOKS KUSHMAN P.C. | SCHIFF HARDIN LLP |
|---|---|
| Mark A. Cantor (P32661) | Gregory L. Curtner (P12414) |
| Thomas W. Cunningham (P57899) | Frederick R. Juckniess (P64032) |
| Marc Lorelli (P63156) | Kimberly K. Kefalas (P64909) |
| 1000 Town Center Twenty-Second Floor | Suzanne L. Wahl (P71364) |
| Southfield, MI 48075 | 350 S. Main Street; Suite 210 |
| 248-358-4400 (Telephone) | Ann Arbor, MI 48104 |
| 248-358-3351 (Facsimile) | 734-222-1518 (Phone) |
| mcantor@brookskushman.com (email) | 734-222-1501 (Fax) |
| tcunningham@brookskushman.com (email) | gcurtner@schiffhardin.com (E-mail) |
| mlorelli@brookskushman.com (email) | rjuckniess@schiffhardin.com (E-mail) |
| | kkefalas@schiffhardin.com (E-mail) |
| | swahl@schiffhardin.com (E-mail) |

## SIXTH STIPULATED ORDER EXTENDING THE TIME PERIOD FOR DEFENDANT TO RESPOND TO COMPLAINT

      The parties submit this proposed Sixth Stipulated Order to Extend the Time Period for Defendant to Respond to the Complaint and in support of its entry, state as follows:

      1.     Conopco, Inc. d/b/a/ Slim-Fast Foods Company ("Conopco") and International IP Holdings LLC ("IIPH") have reached a settlement-in-principle regarding the claims asserted in the above-captioned matter as well as litigation pending in the United States District Court for the Southern District of New York, where Conopco has sued IIPH for trademark and trade dress infringement among other claims.

2.	The parties have agreed to report to the Courts in which the cases are pending that a settlement-in-principle has been reached.

3.	The settlement negotiations between the parties have included the exchange of multiple proposals, and have resulted in product redesigns and have required artist and graphic renderings of the new design of the accused product. These revisions have now reached approval by the parties, and final documentation of the deal is underway.

4.	In order to complete the written settlement agreement to reflect the agreement-in-principle, the parties seek a further extension, since the agreement will not be finalized and executed before the current response date of August 23, 2013.

IT IS HEREBY ORDERED, that based on the submission and statements of the parties as detailed above, Defendant Conopco, Inc. shall have until October 23, 2013, to respond or move in response to the Complaint. During this period, the parties have agreed that neither party will file any motions or responses to any motions in this action.

Stipulated and agreed:

| | |
|---|---|
| s/Mark A. Cantor | s/Gregory L. Curtner |
| Mark A. Cantor (P32661) | Gregory L. Curtner (P12414) |
| BROOKS KUSHMAN P.C. | SCHIFF HARDIN LLP |
| 1000 Town Center Twenty-Second Floor | 350 S. Main Street, Ste. 210 |
| Southfield, MI  48075 | Ann Arbor, MI  48104 |
| 248-358-4400 (Telephone) | 734-222-1500 (Phone) |
| 248-358-3351 (Facsimile) | 734-222-1501 (Facsimile |
| mcantor@brookskushman.com (E-mail) | gcurtner@schiffhardin.com (E-mail) |

SO ORDERED

s/Terrence G. Berg
HON. TERRENCE BERG
UNITED STATES DISTRICT COURT JUDGE

Dated:  August 22, 2013