UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INTERNATIONAL IP HOLDINGS, LLC,

    Plaintiff,

vs.                                                  Case No. 13-cv-11188
                                                  HON. TERRENCE BERG

CONOPCO, INC. d/b/a SLIM-FAST
FOODS COMPANY,

    Defendant.
_____/

| BROOKS KUSHMAN P.C. | SCHIFF HARDIN LLP |
|---|---|
| Mark A. Cantor (P32661) | Gregory L. Curtner (P12414) |
| Thomas W. Cunningham (P57899) | Frederick R. Juckniess (P64032) |
| Marc Lorelli (P63156) | Kimberly K. Kefalas (P64909) |
| 1000 Town Center Twenty-Second Floor | Suzanne L. Wahl (P71364) |
| | 350 S. Main Street; Suite 210 |
| Southfield, MI 48075 | Ann Arbor, MI 48104 |
| 248-358-4400 (Telephone) | 734-222-1518 (Phone) |
| 248-358-3351 (Facsimile) | 734-222-1501 (Fax) |
| mcantor@brookskushman.com (email) | gcurtner@schiffhardin.com (E-mail) |
| tcunningham@brookskushman.com (email) | rjuckniess@schiffhardin.com (E-mail) |
| mlorelli@brookskushman.com (email) | kkefalas@schiffhardin.com (E-mail) |
| | swahl@schiffhardin.com (E-mail) |

---

## STIPULATION OF DISMISSAL

Plaintiff International IP Holdings, LLC by its attorneys, Brooks & Kushman, hereby dismisses the above action, with prejudice and without costs against any Party, pursuant to Rule 41(a)(i) of the Federal Rules of Civil

Procedure.

Stipulated and agreed:

| | |
|---|---|
| s/Mark A. Cantor | s/Gregory L. Curtner |
| Mark A. Cantor (P32661) | Gregory L. Curtner (P12414) |
| BROOKS KUSHMAN P.C. | SCHIFF HARDIN LLP |
| 1000 Town Center Twenty-Second Floor | 350 S. Main Street, Ste. 210 |
| Southfield, MI 48075 | Ann Arbor, MI 48104 |
| 248-358-4400 (Telephone) | 734-222-1500 (Phone) |
| 248-358-3351 (Facsimile) | 734-222-1501 (Facsimile |
| mcantor@brookskushman.com (E-mail) | gcurtner@schiffhardin.com (E-mail) |

SO ORDERED

 s/Terrence G. Berg_____
Hon. Terrence Berg
UNITED STATES DISTRICT COURT JUDGE

Dated: October 23, 2013